DAN M. WINDER, ESQ.
Nevada State Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 000810
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATE OF AMERICAN**<br><br>                              **Plaintiff,**<br><br>**vs.**<br><br>**TERRY LOMAX,**<br><br>                              **Defendant.** | **Case No: 2:17-cr-00262-JAD-PAL** |

**STIPULATION TO CONTINUE REVOCATION HEARING**

    IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, ESQ., United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, and DAN M. WINDER, ESQ., attorney for the DEFENDANT, TERRY LOMAX, that the Revocation Hearing currently set for April 12, 2022, be continued for more than Sixty (60) days or to a date and time convenient to this court.

    This stipulation is entered into for the following reasons:

    1. So that Counsel for Defendant can continue investigation and seek to resolve the underlying State case in the Clark County Justice Court which will effect the outcome of this matter.

3.      This is the first request to continue Revocation Hearing.

4.      For all of the above-stated reasons, the end of justice would best be served by a continuance of the revocation date.

DATED this the 11th day of April, 2022.

/s/DAN M. WINDER                                      /s/CHRISTOPHER BURTON  
Attorney for Defendant                               AUSA

DAN M. WINDER, ESQ.
Nevada State Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 000810
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATE OF AMERICAN**<br><br>                    **Plaintiff,**<br><br>**vs.**<br><br>**TERRY LOMAX,**<br><br>                    **Defendant.** | **Case No: 2:17-cr-00262-JAD-PAL** |

**<u>ORDER</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. 1. So that Counsel for Defendant can continue investigation and seek to resolve the underlying State case in the Clark County Justice Court which will effect the outcome of this matter.

3.      This is the first request to continue Revocation Hearing.

4. For all of the above-stated reasons, the end of justice would best be served by a continuance of the trial date.

**ORDER**

IT IS ORDERED that the Revocation Hearing currently scheduled for April 12, 2022, be vacated and continued to June 21, 2022, at 11:00 a.m.

DATED this April 12, 2022.

UNITED STATES DISTRICT JUDGE

_____