DAN M. WINDER, ESQ.
Nevada State Bar No.:001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No.: 000810
LAW OFFICES OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:17-cr-00262-001 |
| vs. ) | |
| ) | |
| TERRY TREMELL LOMAX, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO CONTINUE REVOCATION HEARING (SECOND REQUEST)**

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, ESQ., United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, and DAN M, WINDER ESQ., attorney for the DEFENDANT, TERRY LOMAX, that the Revocation Hearing currently set for June 21, 2022, be continued for Sixty (60) days or to a date and time convenient to this court.

This stipulation is entered into for the following reasons:

1. So that Counsels for Defendant can continue investigation and seek to resolve the underlying State case in the Clark County Justice which will effect the outcome of this matter.

2. This is the second request to continue Revocation Hearing.

3. For all of the above-stated reasons, the end of justice would best be served by a continuance of the revocation date.

Dated this 17th day of June, 2022

/s/DAN M. WINDER
Attorney for Defendant

/s/CHRISTOPHER BURTON
AUSA

DAN M. WINDER, ESQ.
Nevada State Bar No.:001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No.: 000810
LAW OFFICES OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | Case No.: 2:17-cr-00262-JAD-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| TERRY TREMELL LOMAX, ) | |
| ) | |
| Defendant. ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. So, that Counsel for Defendant can continue investigation and seek to resolve the underlying State Case in the Clark County Justice Court which will effect the outcome of this matter.

2. This is the first request to continue Revocation Hearing.

3. For all of the above-stated reasons, the end justice would best be served by a continuance of the trial date.

///

## ORDER

**IT IS ORDERED** that the Revocation Hearing currently scheduled for June 21, 2022 be vacated and continued to August 30, 2022, at 11:00 a.m.

DATED: June 21, 2022.

UNITED STATE DISTRICT JUDGE

_____