**SOA**
DAN M. WINDER, ESQ.
Nevada State Bar No.:001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No.: 000810
LAW OFFICES OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  vs.<br><br>TERRY TREMELL LOMAX,<br><br>         Defendant. | Case No.: 2:17-cr-00262-001 |

## STIPULATION TO CONTINUE REVOCATION HEARING (THIRD REQUEST)

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, ESQ., United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, and DAN M, WINDER ESQ., attorney for the DEFENDANT, TERRY LOMAX, that the Revocation Hearing currently set for August 30, 2022, be continued for Sixty (60) days or to a date and time convenient to this court.

This stipulation is entered into for the following reasons:

1. So that Counsels for Defendant can continue investigation and seek to resolve the new underlying State case in the Eight Judicial District Court which will effect the outcome of this matter.

2. This is the third request to continue Revocation Hearing.

3.   For all of the above-stated reasons, the end of justice would best be served by a continuance of the revocation date.

Dated this 29th day of August, 2022

| /s/DAN M. WINDER | /s/CHRISTOPHER BURTON |
|---|---|
| Attorney for Defendant | AUSA |

**ORDR**
DAN M. WINDER, ESQ.
Nevada State Bar No.:001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No.: 000810
LAW OFFICES OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | Case No.: 2:17-cr-00262-JAD-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| TERRY TREMELL LOMAX, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. So, that Counsel for Defendant can continue investigation and seek to resolve the new underlying State Case in the Eight Judicial District Court which will effect the outcome of this matter.

2. This is the third request to continue Revocation Hearing.

3. For all of the above-stated reasons, the end justice would best be served by a continuance of the trial date.

/ / /

# **ORDER**

**IT IS ORDERED** that the Revocation Hearing currently scheduled for August 30, 2022 be vacated and continued to November 8, 2022, at 11:00 a.m.

DATED this 30th day of August, 2022.

UNITED STATE DISTRICT JUDGE

_____